FILED'08 MAR 05 15:35USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID ISAAC MAIMON,

       Plaintiff,

   v.

DIANE REA, et al.,

       Defendants.

Civ. No. 01-6180-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). No objections have been filed. This court reviews legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#119) is adopted. Defendants' motion for summary judgment (#105) is granted. Plaintiff's motion for summary judgment (#114) is denied.

IT IS SO ORDERED.

DATED this 5th day of March, 2008.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE